UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHURCH MUTUAL INSURANCE COMPANY, S.I.,

                Plaintiff,

                -v.-

VALLEY FRAMERS LLC,

                Defendant.

22 Civ. 5760 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The initial pretrial conference in this case is currently scheduled to take place on October 25, 2022.  However, Defendant has failed to appear in this case, and its response to the complaint was due on August 2, 2022.  (Dkt. #7).  Accordingly, the initial pretrial conference is hereby **ADJOURNED *sine die***.  Plaintiff is ORDERED to move for a default judgment against Defendant by **November 21, 2022**.

    SO ORDERED.

Dated:  October 21, 2022
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge