UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

                Plaintiff,                    **ORDER**

    -against-                    22-cv-5760 (AEK)

VALLEY FRAMERS LLC,

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 44. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: June 1, 2023
       White Plains, New York

                                    **SO ORDERED.**

                                    _____
                                    ANDREW E. KRAUSE
                                    United States Magistrate Judge